COMMONWEALTH *vs.* ANTHONY JAMES MONTEIRO. March 27, 1981. 1. The defendant's motion to suppress was properly denied for the reasons given by the judge in the comprehensive memorandum filed by him. See *Commonwealth* v. *Mobley,* 369 Mass. 892, 895-897 (1976); *Commonwealth* v. *Chase,* 372 Mass. 736, 741-745 (1977). See also *United States* v. *DeLeo,* 422 F.2d 487, 497-498 (1st Cir.), cert. denied, 397 U.S. 1037 (1970).

2. There is no merit to the contention that the indictment should have been dismissed. See *Commonwealth* v. *Robinson,* 373 Mass. 591, 592-593 (1977), and cases cited. See also *Commonwealth* v. *McJunkin, ante* 609, 613 (1981).

*Judgment affirmed.*

*Thomas F. Williams* for the defendant.
*Robert M. Raciti,* Assistant District Attorney, for the Commonwealth.